

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00783-CV

Aydee Marie **MOSER**,
Appellant

v.

Charles Phillipe **MOSER**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-14150
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED January 31, 2018.

_____
Rebeca C. Martinez, Justice